UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:97-CR-00051-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM EUGENE MOODY, JR. | ) | |

This matter is before the court on defendant's 18 November 2013 letter to the court, which the court construes as a motion for removal from the Sex Offender Registry. (DE # 88.) As the government points out in its response to the filing, based on his conviction in this court, defendant is required to register as a sex offender under North Carolina law. (DE # 89, at 2.) To be terminated from North Carolina's registration requirements, defendant must file a petition in the appropriate North Carolina state court pursuant to N.C. Gen. Stat. § 14-208.12A. This court lacks the authority to rule on defendant's request. Accordingly, the motion is DISMISSED WITHOUT PREJUDICE.

This 6 January 2014.

W. Earl Britt
Senior U.S. District Judge